Davor Rukavina
State Bar No. 24030781
Thomas D. Berghman
State Bar No. 24082683
Julian Vasek
State Bar No. 24070790
**MUNSCH HARDT KOPF & HARR, P.C.**
500 N. Akard St., Suite 4000
Dallas, TX 75201
Telephone: 214.855.7500
Facsimile: 214.855.7584

**PROPOSED ATTORNEYS FOR DEBTOR**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PEGASO ENERGY SERVICES, LLC, | § | Case No. 24-42429 |
| | § | |
| | § | |
| Debtor. | § | |

**NOTICE OF DESIGNATION AS COMPLEX CHAPTER 11 BANKRUPTCY CASES**

> **Emergency relief has been requested. Relief is requested not later than July 22, 2024.**
>
> **If you object to the relief requested or you believe that emergency consideration is not warranted, you must appear at the hearing if one is set, or file a written response prior to the date that relief is requested in the preceding paragraph. Otherwise, the Court may treat the pleading as unopposed and grant the relief requested.**
>
> **A virtual hearing will be conducted on this matter on July 22, 2024 at 9:30 a.m. (CT) in Room 128, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102. You may participate in the hearing by an audio and video connection.**
>
> **Audio communication will be by use of the Court's dial-in facility. You may access the facility at 1.650.479.3207. Video communication will be by the use of the Cisco WebEx platform. Connect via the Cisco WebEx application or click the link on Judge Mullin's home page. The meeting code is 2310-650-8783. Click the settings icon in the upper right corner and enter your name under the personal information setting.**

1

**Hearing appearances must be made electronically in advance
of electronic hearings. To make your appearance, click the
"Electronic Appearance" link on Judge Mullin's home page.
Select the case name, complete the required fields and click
"Submit" to complete your appearance.**

This bankruptcy case was filed on July 15, 2024. This case qualifies under General Order

No. 2023-01 as a complex Chapter 11 case because:

____×____    The debtor has a total debt of more than $25 million;

____×____    There are more than 100 parties in interest in these cases;

_____    Claims against the debtors are publicly traded;

_____    Other:  Substantial explanation is required.  (Attach additional sheets if necessary.)

RESPECTFULLY SUBMITTED this 18th day of July, 2024.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Julian P. Vasek*_____
    Davor Rukavina
    State Bar No. 24030781
    Thomas D. Berghman
    State Bar No. 24082683
    Julian Vasek
    State Bar No. 24070790
    500 N. Akard St., Suite 4000
    Dallas, TX 75201
    Telephone: 214.855.7500
    Facsimile:  214.855.7584
    Email: drukavina@munsch.com
    Email: tberghman@munsch.com
    Email: jvasek@munsch.com

**PROPOSED ATTORNEYS FOR DEBTOR**

2

## CERTIFICATE OF SERVICE

I hereby certify that separate certificate of service will be filed with respect to all first-day motions.

/s/ *Julian P. Vasek*

Julian P. Vasek

**PROPOSED ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PEGASO ENERGY SERVICES, LLC, | § | Case No. 24-42429 |
| | § | |
| Debtor. | § | |

**ORDER GRANTING COMPLEX CHAPTER 11
BANKRUPTCY CASE TREATMENT**

On July 15, 2024, Pegaso Energy Services, LLC, as debtor and debtor-in-possession

("Debtor") filed for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy

Code"). A Notice of Designation as a Complex Chapter 11 Case (see General Order No. 2023-

01) was filed. After review of the initial pleadings filed in this case, the Court concludes that this

case appears to be a complex Chapter 11 case. Accordingly, unless the Court orders otherwise,

**IT IS HEREBY ORDERED AS FOLLOWS**:

**OMNIBUS HEARING DATES**

1.      After the Second Day Hearing to be held on **August 6, 2023, at 1:30 p.m.**, which

shall also serve as the first omnibus hearing date, the Court sets the following dates and times for

1

the next two months as the pre-set hearing date and time for hearing all motions and other matters in these cases (the "Omnibus Settings"):

- August 20, 2024 at 1:30 p.m.

- September 3, 2024 at 1:30 p.m.

- September 16, 2024 at 1:30 p.m.

- October 1, 2024 at 1:30 p.m.

- October 15, 2024 at 1:30 p.m.

- October 29, 2024 at 1:30 p.m.

2.      Notwithstanding General Order 2021-06, subject to the discretion of Court, all hearings before the Court will be conducted in a hybrid mode (enabling participants to choose between appearing in person or remotely). Counsel shall comply with the Court's Telephonic and Videoconference Hearing Policy, which is available for review at: https://www.txnb.uscourts.gov/sites/txnb/files/hearings/WebEx%20Hearing%20Instructions%20for%20Judge%20Mullin%205.14.2024.pdf.

**HEARING, NOTICE AND OBJECTION PROCEDURES**

4.      The following hearing, notice and objection procedures will apply to motions and other matters in these chapter 11 cases:

a.      **General Notice Requirements.** Parties may self-calendar motions for the next Omnibus Setting that is at least twenty-four (24) or thirty-one (31) days following the filing of the motion, which ever date provides sufficient notice under applicable Bankruptcy Rules and Local Rules. Such hearings shall be deemed scheduled upon the filing and service of a Notice of Hearing that includes a certificate of service. In lieu of any language required by Local Bankruptcy Rule 9007-1(c) or any other Local Rules, all such motions shall include the following language immediately below the case caption:

**If you object to the relief requested, you must respond in writing. Unless otherwise directed by the Court, you must file your response electronically at https://ecf.txnb.uscourts.gov/ no**

2

**more than [twenty-four (24) / thirty-one (31)] days after the date this motion was filed. If you do not have electronic filing privileges, you must file a written objection that is actually received by the clerk and filed on the docket no more than [twenty-four (24) / thirty-one (31)] days after the date this motion was filed. Otherwise, the Court may treat the pleading as unopposed and grant the relief requested.**

**[IF A HEARING DATE HAS BEEN OBTAINED, INCLUDE THE FOLLOWING PARAGRAPHS:]**

**A hearing will be conducted on this matter on [●], 2023 at [●] am/pm in Room 128, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102. [INCLUDE ONE AS APPLICABLE: You may participate in the hearing either in person or by an audio and video connection [OR] Participation at the hearing will only be permitted by an audio and video connection] [OR] You are required to appear in person at the hearing pursuant to the Court's order.]**

**Audio communication will be by use of the Court's dial-in facility. You may access the facility at 1.650.479.3207. Video communication will be by the use of the Cisco WebEx platform. Connect via the Cisco WebEx application or click the link on Judge Mullin's home page. The meeting code is 2310-650-8783. Click the settings icon in the upper right corner and enter your name under the personal information setting.**

**Hearing appearances must be made electronically in advance of electronic hearings. To make your appearance, click the "Electronic Appearance" link on Judge Mullin's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.**

b. **Emergency Hearings**. Emergency Motions. All motions seeking relief on shorter notice than required under the applicable rules will be considered "emergency" motions ("Emergency Motions"). An Emergency Motion must contain the word "Emergency" in the title of the motion and must be filed using a CM/ECF code for an Emergency Motion. All Emergency Motions must include a certificate of conference, containing the same certification of counsel that is presently required under L.B.R. 9007-1(f).

Movants are not required to file a separate pleading to request hearings on Emergency Motions. Emergency motions may be filed without a designated hearing date. Alternatively, an Emergency Motion may be calendared for hearing on a date obtained prior to

4895-9004-1808v.1 023074.00001

the filing from the Court's Case Manager. The Court's Case Manager shall direct the movant when to file and serve any notice of hearing (the "Emergency Hearing") on the Emergency Motion. Unless otherwise directed by the Court, the Court will determine, as an initial matter at the Emergency Hearing, whether to allow emergency consideration. Emergency Motions must state, just below the case caption and in lieu of the language required by any Local Rule, the following:

**Emergency relief has been requested. Relief is requested not later than [●] am/pm on [●], 2023.**

**If you object to the relief requested or you believe that emergency consideration is not warranted, you must appear at the hearing if one is set, or file a written response prior to the date that relief is requested in the preceding paragraph. Otherwise, the Court may treat the pleading as unopposed and grant the relief requested.**

**[IF A HEARING DATE HAS BEEN OBTAINED, INCLUDE THE FOLLOWING PARAGRAPHS:]**

**A hearing will be conducted on this matter on [●], 2023 at [●] am/pm in Room 128, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102.**

**[INCLUDE ONE AS APPLICABLE: You may participate in the hearing either in person or by an audio and video connection [OR] Participation at the hearing will only be permitted by an audio and video connection] [OR] You are required to appear in person at the hearing pursuant to the Court's order.]**

**Audio communication will be by use of the Court's dial-in facility. You may access the facility at 1.650.479.3207. Video communication will be by the use of the Cisco WebEx platform. Connect via the Cisco WebEx application or click the link on Judge Mullin's home page. The meeting code is 2310-650-8783. Click the settings icon in the upper right corner and enter your name under the personal information setting.**

**Hearing appearances must be made electronically in advance of electronic hearings. To make your appearance, click the "Electronic Appearance" link on Judge Mullin's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.**

4

    c.    **Notice for Ordinary Motions Set on Shortened Notice.** All motions self-calendared for hearings on the next Omnibus Setting that is at least <u>fourteen (14) calendar days</u> after the filing and service of such motion **(subject to the exceptions set out in paragraph 36(a) of the *Procedures for Complex Cases in the Northern District of Texas, Effective February 6, 2023)* (the "Complex Case Procedures"),** shall include the following language immediately below the case caption:

**If you object to the relief requested, you must respond in writing. Unless otherwise directed by the Court, you must file your response electronically at <u>https://ecf.txnb.uscourts.gov/</u> at least <u>two (2) business days</u> before the start of the hearing. If you do not have electronic filing privileges, you must file a written objection that is actually received by the clerk and filed on the docket at least <u>two (2) business days</u> before the start of the hearing. Otherwise, the Court may treat the pleading as unopposed and grant the relief requested.**

**[IF A HEARING DATE HAS BEEN OBTAINED, INCLUDE THE FOLLOWING PARAGRAPHS:]**

**A hearing will be conducted on this matter on [●], 2023 at [●] am/pm in Room 128, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102.**

**[INCLUDE ONE AS APPLICABLE: You may participate in the hearing either in person or by an audio and video connection [OR] Participation at the hearing will only be permitted by an audio and video connection] [OR] You are required to appear in person at the hearing pursuant to the Court's order.]**

**Audio communication will be by use of the Court's dial-in facility. You may access the facility at 1.650.479.3207. Video communication will be by the use of the Cisco WebEx platform. Connect via the Cisco WebEx application or click the link on Judge Mullin's home page. The meeting code is 2310-650-8783. Click the settings icon in the upper right corner and enter your name under the personal information setting.**

**Hearing appearances must be made electronically in advance of electronic hearings. To make your appearance, click the "Electronic Appearance" link on Judge Mullin's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.**

4895-9004-1808v.1 023074.00001

    d.    **Objection Deadlines.** Unless the Court orders otherwise, objection deadlines shall be as follows:

        (i)    where a motion or other matter is filed and served in accordance with the General Notice Requirements in Paragraph 4(a) of this Order, the deadline for objections or responses to such motion or matter shall be no later than 24 or 31 days after service of the motion or other matter (which ever date provides sufficient notice under applicable Bankruptcy Rules and Local Rules)

        (ii)    where a motion or other matter is filed and served in accordance with the Emergency Hearing Requirements under Paragraph 4(b) of this Order, the deadline for objections or response to such motion or matter shall be no later than the date of the Emergency Hearing

        (iii)    where a motion or other matter is filed and served in accordance with the Ordinary Motions set on Shortened Notice Requirements under Paragraph 4(c) of this Order, the deadline for objections or response to such motion or matter shall be no later than two (2) business days prior to the start of the hearing.

Any objection deadline may be extended by agreement of the movant, provided, however, that no objection deadline may extend beyond the deadline for filing the agenda. In all instances, any objection must be filed and served as so to be received on or before the applicable objection deadline.

    d.    **Hearing Agenda Requirements.** The Debtor shall file an agenda conforming to the guidelines in Section L of the Complex Case Procedures no later than 24 hours prior to the start of the scheduled hearing.

    5.    If a contested matter is noticed for hearing and all affected parties reach a settlement of the dispute prior to the hearing, the parties should promptly notify Judge Mullin's Case Manager that the matter is settled. The parties must announce the key terms of the settlement at the scheduled hearing. If the Court determines that the notice of the dispute and the hearing is adequate notice of the effects of the settlement, (*i.e.,* that the terms of the settlement are not materially different from what parties-in-interest could have expected if the dispute were fully litigated) the Court may approve the settlement at the hearing without further notice.

6

6.      The Debtor shall give notice of this order to all parties in interest within seven days. If any party in interest, at any time, objects to the provisions of this order, that party shall file a motion articulating the objection and the relief requested. After hearing the objection and any responses, the Court may reconsider any part of this order and may grant relief, if appropriate.

7.      Parties in interest are encouraged to review the Court's Complex Case Procedures in their entirety, *available at* https://www.txnb.uscourts.gov/complex-case-procedures.

# # #   END OF ORDER   # # #

**Submitted by:**

**MUNSCH HARDT KOPF & HARR, P.C.**
Julian Vasek
State Bar No. 24070790
500 N. Akard St., Suite 4000
Dallas, TX 75201
Telephone: 214.855.7500
Facsimile:  214.855.7584
Email: jvasek@munsch.com

**PROPOSED ATTORNEYS FOR DEBTOR**

4895-9004-1808v.1 023074.00001