**Pegaso Energy Services LLC**

| Week<br>Date (Week Ending) | 1<br>7/27/2024 | 2<br>8/3/2024 | 3<br>8/10/2024 | 4<br>8/17/2024 | Cumulative |
|---|---|---|---|---|---|
| **Cash Flow** | | | | | |
| **Revenue** | | | | | |
| Well Service Revenue | $20,000 | $65,000 | $120,000 | $120,000 | $325,000 |
| Gain on Sale of Equipment | | $100,000 | $200,000 | $200,000 | $500,000 |
| **Total Revenue** | $20,000 | $165,000 | $320,000 | $320,000 | $825,000 |
| | | | | | |
| **Receipts** | | | | | |
| Factored WS Tickets | $15,000 | $45,000 | $80,000 | $100,000 | |
| Asset Sale | | $100,000 | $200,000 | $200,000 | |
| **Total Receipts** | $ 15,000.00 | $ 145,000.00 | $ 280,000.00 | $ 300,000.00 | $740,000 |
| | | | | | |
| **Disbursements** | | | | | |
| | | | | | |
| **Cost of Sales** | | | | | |
| Fuel | $1,200 | $7,500 | $10,000 | $12,000 | |
| Trucking | | $1,500 | $3,000 | $3,000 | |
| Equipment Rental | $    - | | | | |
| Lodging | | | | | |
| **Total Cost of Sales** | | | | | $38,200 |
| | | | | | |
| **Payroll  & Related Expenses** | | | | | |
| Field Payroll & Taxes | $12,000 | $15,000 | $30,000 | $40,000 | |
| SGA Payroll & Taxes | $2,500 | $5,000 | $5,000 | $5,000 | |
| Subcontractors | | | | | |
| **Total Payroll & Related** | | | | | $114,500 |
| | | | | | |
| **Operating Expenses** | | | | | |
| Credit Cards | | | | | |
| Fleet Maintenance | | | | | |
| Insurance | $40,000 | | | | |
| Building Rent | $2,500 | $2,500 | $2,500 | $2,500 | |
| Sales Tax | | | | | |
| Subscriptions | | | | | |
| Utilities, Internet, Phone | $200 | $200 | $200 | $200 | |
| Repairs & Maintenance | $2,000 | $2,000 | $2,000 | $2,000 | |
| Safety Supplies | $300 | $300 | $300 | $1,500 | |
| **Total Operating Expenses** | | | | | $61,200 |
| | | | | | |
| **Restructuring Professional Fees** | | | | | |
| Company Legal Fees | | | | | |
| U.S. Trustee | | | | | |
| **Total Restructuring Professional Fees** | | | | | |
| | | | | | |
| **Total Disbursements** | | | | | |
| | | | | | |
| **Net Cash Flow** | | | | | $611,100 |

Case No. 24-42429
Pegaso Energy
ServicesExhibit
**O**